WINIFRED V. BRUSH, Respondent, v. WALTER E. BRUSH, Appellant.— Order granting alimony and counsel fee *pendente lite* modified by reducing the allowance of counsel fee to $500, payable $250 within ten days from the entry of the order herein and the balance on date of trial, and as thus modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

BURNHAM BOILER CORPORATION, Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant.— Order granting plaintiff's motion for judgment on the pleadings and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

BARNEY COHEN REALTY COMPANY, INC., a Domestic Corporation, Appellant, v. ANTONIO CAGINO, Respondent, and ROSINA CAGINO and NENE VAVARO, Defendants.— Resettled order vacating a body execution reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The gravamen of this action is fraud; the complaint alleges false representations to induce plaintiff to part with its property, and the trial court has found that there was such fraud, and, as a part of the relief, plaintiff was given a money judgment because respondent is unable to reconvey all of the property obtained by him by means of such false representations. In our opinion, plaintiff is entitled, under subdivisions 6 and 7 of section 826 of the Civil Practice Act, to a body execution. (See *Smith* v. *Duffy*, 37 Hun, 506, and *Finkemaur* v. *Dempsey*, 8 Civ. Proc. Rep. 418.) Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to affirm on the ground that, the action being in equity, an order of arrest could not have been obtained in the first instance, nor can a body execution follow upon the judgment.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of LAURA CASTELLANO, Respondent, v. WILLIAM CASTELLANO, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOHN DOSCHER, as Administrator, etc., of LOUISE C. DOSCHER, Deceased, Respondent, v. JOVA TRUCK & SALES CO., INC., Appellant, and Others, Defendants. — Judgment in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.